# ORIGINAL

FILED

Oct 17   11 52 AM '03

UNITED STATES DISTRICT COURT
NEW HAVEN, CONN.
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEAL E. WAANANEN | : |
| VS. | :    NO. 3:02CV2307(JBA) |
| TIMOTHY BARRY,<br>EDWARD LYNCH,<br>JOHN REARICK and<br>SUE KUMRO | :<br>:<br>:<br>:    AUGUST 29, 2003 |

## APPEARANCE

The undersigned hereby files his appearance in addition to that of John R. Williams on behalf of the plaintiff only.

THE PLAINTIFF

BY: _____
NORMAN A. PATTIS
Federal Bar No. ct13120
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

## CERTIFICATION

The foregoing was mailed first-class mail, postage prepaid this 29th day of August 2003 to Sharon Scully, P.O. Box 120, Hartford, CT 06141-0120.

NORMAN A. PATTIS