FILED
Nov 26  11 25 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEAL E. WAANANEN | : |
| VS. | : NO. 3:02CV2307(JBA) |
| TIMOTHY BARRY, EDWARD LYNCH, JOHN REARICK and SUE KUMRO | : NOVEMBER 25, 2003 |

**APPEARANCE**

The undersigned hereby files his appearance on behalf of the plaintiff.

THE PLAINTIFF

BY: _____
KATRENA ENGSTROM
Federal Bar No. ct09444
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494

## CERTIFICATION

The foregoing was mailed first-class mail, postage prepaid this 25th of November, 2003 to Sharon Scully, P.O. Box 120, Hartford, CT 06141-0120.

_____
KATRENA ENGSTROM