# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

02 cv SMCONF 2307

Waanauen
V.
Berry et al

CASE NO.: 3:02CV2307 (SBA)

11/25/03

**PRELIMINARY or FINAL**

**SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS**

****NOTE: ALL INFORMATION MUST BE LEGIBLY WRITTEN!****

1. DATE OF CONFERENCE(S): 11/25/03

2. TRIAL ATTORNEYS PRESENT:
   PLAINTIFF: Katrena Engstrom
   DEFENDANT: Stephen Courtney

FILED Nov 25  3 48 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

3. PARTIES PRESENT: Neal Waanauen

4. CASE SETTLED: YES ___ NO X

5. FOLLOW UP CONFERENCE TO BE SCHEDULED: YES ___ NO X

6. FINAL SETTLEMENT CONFERENCE REPORT TO BE FILED BY: _____

7. COMMENTS: Attorney Courtney will be following up with Special Master Madsen regarding the State's interest and/or inclination to settle this matter.

SPECIAL MASTER SIGNATURE
William O. MADSEN

SPECIAL MASTER SIGNATURE

**THE SPECIAL MASTERS ARE TO COMPLETE AND FILE THIS REPORT WITH THE CLERK'S OFFICE, IMMEDIATELY FOLLOWING THE CONFERENCE**

**A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED**

Rev. 06/01/98