UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WAANANEN                          :

v.                                :        NO. 3:02cv2307 (JBA)

BARRY, ET AL                      :

FINAL SCHEDULING ORDER

Pursuant to the colloquy with counsel at the status

conference held on the record 12/8/03, the following final

schedule is ordered:

1.    All discovery will be completed 2/1/04. (No experts
      will be offered.)

2.    Defendants' Motion for Summary Judgment will be filed
      by 3/1/04; plaintiff's opposition will be filed by
      3/22/04; defendants' reply, if any, will be filed by
      4/5/04.  The pre-filing conference requirement has been
      satisfied.

3.    This matter will be deemed trial ready 09/01/04.  The
      parties' Joint Trial Memorandum will be filed 30 days
      following ruling on dispositive motions.

4.    If no dispositive motions are filed, the parties' Joint
      Trial Memorandum will be due 4/1/04 and this matter
      will be deemed trial ready 5/1/04.

IT IS SO ORDERED.

/s/

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    December 09, 2003