UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEAL E. WAANANEN | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV02307(JBA) |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY BARRY, EDWARD LYNCH | : | |
| JOHN REARICK, and SUE KUMRO | : | |
| *Defendant* | : | February 19, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Stephen J. Courtney requests leave of the Court to withdraw his appearance on behalf of Timothy Barry, Edward Lynch, John Rearick and Sue Kumro in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Joseph A. Jordano has this same day filed an appearance on behalf of the State; Assistant Attorney General Courtney accepted employment outside the Office of the Attorney General and has turned over his employment cases to other attorneys in the Employment Rights Department.

DEFENDANTS,

TIMOTHY BARRY,
EDWARD LYNCH,
JOHN REARICK AND
SUE KUMRO

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
    Stephen J. Courtney
    Assistant Attorney General
    Federal Bar No. ct11650
    55 Elm Street, P. O. Box 120
    Hartford, CT  06141-0120
    Tel:  (860) 808-5340
    Fax:  (860) 808-5383
    E-Mail Address:
    Stephen.Courtney@po.state.ct.us

**CERTIFICATION**

I herein certify that a copy was mailed this 19th day of February, 2004 to all counsel of record via first class mail to:

Norm A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Stephen J. Courtney
Assistant Attorney General