UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEAL E. WAANANEN, | : | CIVIL NO. 3:02CV2307(JBA) |
| *Plaintiff* | : | |
| | : | |
| TIMOTHY BARRY,<br>EDWARD LYNCH,<br>JOHN REARICK and<br>SUE KUMRO, | : | |
| *Defendants* | : | February 19, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants in the above-referenced matter in lieu of Assistant Attorney General Stephen J. Courtney, who is filing his withdrawal of appearance this same date.

Dated at Hartford, Connecticut this 19th day of February, 2004.

                              DEFENDANTS
                              TIMOTHY BARRY,
                              EDWARD LYNCH
                              JOHN REARICK and
                              SUE KUMRO

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY: _____
       Joseph A. Jordano
       Assistant Attorney General
       Federal Bar # 21487
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax: (860) 808-5383
       Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Appearance was mailed, first class postage prepaid, this 19th day of February, 2004 to:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

and via interoffice mail to :

Stephen J. Courtney, AAG
55 Elm Street, 4th Floor
Hartford, CT  06106

_____
Joseph A. Jordano
Assistant Attorney General