

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
FEB 20  2 09 PM '04
U.S. DISTRICT COURT
NEW HAVEN

NEAL E. WAANANEN
*Plaintiff*

v.

TIMOTHY BARRY, EDWARD LYNCH
JOHN REARICK, and SUE KUMRO
*Defendant*

CIVIL ACTION NO.
3:02CV02307(JBA)

February 19, 2004

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Stephen J. Courtney requests leave of the Court to withdraw his appearance on behalf of Timothy Barry, Edward Lynch, John Rearick and Sue Kumro in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Joseph A. Jordano has this same day filed an appearance on behalf of the State; Assistant Attorney General Courtney accepted employment outside the Office of the Attorney General and has turned over his employment cases to other attorneys in the Employment Rights Department.

*[Margin annotation, left side]:* The Court notes the appearance on the record of Attorney Jordano. Janet Bond Arterton, U.S.D.J.

*[Margin annotation, bottom left]:* 2/24/04: Motion to Withdraw Appearance GRANTED. IT IS SO ORDERED. Dated at New Haven, Connecticut.

FILED
FEB 24  4 10 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.