UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEIL WAANANEN | : | CIV. NO. 3:02CV2307(JBA) |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY BARRY, | : | |
| EDWARD LYNCH, | : | |
| JOHN REARICK and | : | |
| SUE KUMRO | : | |
|    *Defendants*. | : | February 27, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendants and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law, the Plaintiff cannot sustain his burden of proof that the Defendants have violated his right under federal law.

Filed herewith is a Statement of Undisputed Facts pursuant to Local Rule 56 and a memorandum of law in support of the present motion.

                                        DEFENDANTS,
                                        TIMOTHY BARRY, ET AL.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


BY:    _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar No. ct21487
        55 Elm Street - P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5340
        Fax: (860) 808-5383
        E-mail:  Joseph.Jordano@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendant's Motion for Summary Judgment was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 27th day of February, 2004, first class postage prepaid to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510


_____
Joseph A. Jordano
Assistant Attorney General