UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEIL WAANANEN | : | Case No. 3:02CV2307(JBA) |
| *Plaintiff* | : | |
| v. | : | Judge: Janet B. Arterton |
| | : | |
| TIMOTHY BARRY, | : | |
| EDWARD LYNCH, | : | |
| JOHN REARICK, | : | Notice of Manual Filing |
| SUE KUMRO | : | |
| *Defendants* | : | February 27, 2004 |

    Please take notice that the defendants, Timothy Barry, Edward Lynch, John Rearick and Sue Kumro, through counsel, have manually filed the following document or thing

    Exhibits in Support of Defendants' Motion for Summary Judgment

The exhibits have not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

    Respectfully submitted,

    /s/ [Joseph A. Jordano]
    Joseph A. Jordano
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT  06141-0120
    Phone: (860) 808-5340
    Fax: (860) 808-5383
    E-mail: Joseph.Jordano@po.state.ct.us
    Federal Bar # ct21487