UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEAL E. WAANANEN | : |
| | : |
| VS. | :     NO. 3:02CV2307(JBA) |
| | : |
| TIMOTHY BARRY, | : |
| EDWARD LYNCH, | : |
| JOHN REARICK and | : |
| SUE KUMRO | :     MARCH 22, 2004 |

## MOTION TO STRIKE SUMMARY JUDGMENT EXHIBITS

The plaintiff respectfully moves to strike the following exhibits from the defendants' submissions in support of their Motion for Summary Judgment, on the ground that they constitute inadmissible hearsay:

- Exhibit 11, unverified letters, forms, records of Kenneth A. Colby, Ph.D.
- Exhibit 12, unverified records of Hartford Hospital
- Exhibit 13, unverified reports from Enfield Police Department
- Exhibit 14, excerpts from Diagnostic and Statistical Manual

Local Rule 56(a)3 of this court's Civil Rules provides: "Each statement of material fact by a movant in a Local Rule 56(a)1 Statement...must be followed by a specific citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial."

Exhibits 11, 12, 13 and 14 are hearsay and not within any recognized exception to the hearsay exclusion.  Fed. R. Ev. §§ 801 - 803.

THE PLAINTIFF

BY:_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203/562-9931
      FAX:  203/776-9494
      E-Mail: jrw@johnrwilliams.com
      His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Joseph A. Jordano, Esq., Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.

_____
JOHN R. WILLIAMS