UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEAL E. WAANANEN | : | |
| VS. | : | NO. 3:02CV2307(JBA) |
| TIMOTHY BARRY,<br>EDWARD LYNCH,<br>JOHN REARICK and<br>SUE KUMRO | : | MARCH 22, 2004 |

## PLAINTIFF'S EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff submits herewith the following exhibits in opposition to the

defendants' Motion for Summary Judgment:

- Plaintiff's Sworn Responses to Interrogatories

- Excerpts from Plaintiff's Sworn Deposition Testimony

- Chapter 12, Connecticut Department of Public Safety Administration &

Operations Manual

THE PLAINTIFF

BY:

JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Joseph A. Jordano, Esq.,
Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.

JOHN R. WILLIAMS