1   A. Yes, it was. It took me a while to get to
2   the door. I had just gotten my cast off earlier
3   that morning. It took me a while to get to the
4   door. He was in the process of breaking the thing
5   down or something when I finally got to the door.
6   Q. Which door are we talking about, the door
7   into the breezeway?
8   A. Yes, sir. There are two main doors to come
9   in the house, the breezeway door and the front
10  door, but there's also a garage door.
11      And he asked, "What the hell took you so
12  long?" And I said, "It takes me a while to get
13  around here. I'm gimping around here."
14      And he said, "I thought I'd find you with
15  your head blown off." And I said, "What?" "Yeah,
16  I thought I'd find you with your head blown off."
17  And I said, "John, you're an insurance salesman.
18  You aren't a cop." And he said, "Well, you know,
19  she told me."
20      I said, "I don't care what she told you." I
21  said, "The bottom line is this, let me ask you a
22  question. If I was intent on hurting myself,
23  would I have gone and got my cast off my leg? If
24  I was intent on hurting myself, would I have gone
25  to have my eyes examined, bought brand new glasses

Page 100

1  today, bought expensive contact lenses today,
2  okay? If I was intent on hurting myself, would I
3  have gone and gotten a haircut? I guess if you
4  are going to have an open casket maybe, John, but
5  if you blow your head off, they don't have open
6  caskets. Why have a haircut? Think about this
7  logically."
8      And he went, "Oh, good point." I said, "So
9  somebody's playing with you, too." And we had a
10 discussion about him breaching my code that you
11 don't go to the State Police on anything, and he
12 apologized, but told me, "Don't worry. They don't
13 know anything that's going on. I was real cryptic
14 on my information."
15     I said, "You don't seem to understand. Cops
16 pick up on that. Cops sense things. It just
17 heightens things even worse."
18  Q.  You did not want anything that was going on
19 in your personal affairs, especially the marital
20 conflict, to be known --
21  A.  Absolutely not.
22  Q.  -- at Troop D?
23  A.  I am a private person. I don't want
24 anybody-- I don't share my business with anybody,
25 family, friends, coworkers.

Page 101

```
 1     Q.   Do you know up at that point, January 28,
 2   2000, whether anybody at Troop --
 3     A.   D.
 4     Q.   -- D was aware that you were having marital
 5   problems?
 6     A.   Absolutely not that I'm aware of.
 7     Q.   Are you familiar with a sergeant named
 8   Stanley Konieczny?
 9     A.   No.
10     Q.   I'm sorry, Sergeant William Konieczny?
11     A.   Konieczny, yes.
12     Q.   And who is he?
13     A.   The sergeant that works for me at Troop C.
14   He worked for me at Troop D.
15     Q.   He works for you now?
16     A.   Yes, sir.
17     Q.   And that's K-o-n-i-e-c-z-n-y.
18          Do you recall confiding in him that you may
19   have been having some marital problems at the
20   time?
21     A.   No.
22     Q.   Do you know if anyone, Mr. McGunigle, your
23   wife, anyone may have told him that you were
24   having some marital problems?
25     A.   I would think not.
```

Page 102

1   Q.  So you had this discussion with Mr.
2   McGunigle.  It was around one o'clock on Friday,
3   January 28, 2000.  What happened next?
4   A.  He assured me he would keep his nose out of
5   my business.  He asked me if we were still on for
6   Super Bowl Sunday.  I hesitantly agreed.
7       And he asked me if I wanted him to hang
8   around.  He had some sort of a dinner to go to for
9   some award ceremony he was getting for selling.
10  He's a salesman, once again.  I told him, no,
11  absolutely not.  So he left.
12  Q.  Did you have any discussion about the
13  whereabouts of your wife and children?
14  A.  Absolutely not, no.
15  Q.  I mean, it wasn't even discussed at all?
16  A.  No, I wouldn't think he would know where
17  they were, no.
18  Q.  Well, you previously had indicated that he
19  made the calls and showed up at your house
20  logically because your wife must have been in
21  contact with him?
22  A.  Right.  I subsequently learned, though, I
23  think-- I'm not exactly sure how the process went,
24  but my sister wasn't even contacted by my wife.
25  She was contacted by my sister-in-law, my wife's

1   sister.

2   Q.  And what's her name?

3   A.  Sharon Ferry (F-e-r-r-y).

4   Q.  Is that her married name?

5   A.  Yes.

6   Q.  But she's Rosanne's sister?

7   A.  Yes.

8   Q.  Where did she live?

9   A.  Pittsfield, Mass.

10  Q.  So it's your understanding that Sharon Ferry
11  had been in touch with your sister Laurel Slate?

12  A.  That's correct.

13  Q.  But in any event, on January 28, 2000, as
14  this interaction with Mr. McGunigle finished up,
15  there was no discussion at all about the
16  whereabouts of Rosanne or your children?

17  A.  No, sir.  As a matter of fact, when he was
18  at my house, he got a cell phone call, because he
19  had a cell phone back then, and I heard on the
20  other end was my sister, and I was shocked and
21  amazed that my sister had John's cell phone
22  number.  So I thought --

23  Q.  Your sister Laurel Slate?

24  A.  Yes.  So I had assumed that my sister may
25  have enlisted his help.  I wasn't sure.  I wasn't

Page 104

1  asking.
2  Q. So he actually answered his cell phone in
3  your presence?
4  A. My presence, yes.
5  Q. And you --
6  A. I could hear my sister, yes.
7  Q. Laurel Slate on the line?
8  A. Yes.
9  Q. Do you know what she said?
10 A. No. Basically, "Is everything okay? Is he
11 all right?" He said, "Yeah, everything's fine."
12 So because I had dismissed her, he was now the
13 next wave coming through.
14 Q. Anything else happen on Friday, January
15 28th?
16 A. My brother had left me a message on my
17 answering machine saying, "Hey, if you want to
18 talk, give me call."
19 Q. What's your brother's name?
20 A. Dale Waananen. I didn't call him back till
21 the next day. I called the troop back and told
22 them everything was okay, they shouldn't be
23 getting any more calls from Mr. McGunigle and
24 assured them again that nothing was wrong and
25 everything was good.

1   Q.  Who did you speak with?

2   A.  Terry McFadden. As a matter of fact, he had
3   left me his home number to call him because he was
4   so concerned, and I believe I contacted him at
5   home that day.

6   Q.  Now, would it be normal protocol for-- is
7   it Trooper McFadden?

8   A.  That's correct.

9   Q.  To make some kind of report either orally or
10  in writing to his superior or somebody at the
11  troop?

12  A.  No. On a phone call, no.

13  Q.  So is it your understanding to this date
14  that he did not inform anybody back in the troop
15  about these calls that had been made?

16  A.  That's my understanding, but I have never
17  asked him. I don't know.

18  Q.  And again, you certainly had not had any
19  discussion with Lieutenant Davoren or anybody else
20  at Troop D about problems you were having at home?

21  A.  No, sir.

22  Q.  Did anything further happen on Friday,
23  January 28th, that you can recall?

24  A.  No.

25  Q.  So as the day ended, you still had no idea

Page 106

1  about the whereabouts of your wife?

2     A.  I knew where they were.  I mean, I'm a cop.

3  She goes one place, mom and dad's.  The umbilical

4  cord is still attached.

5     Q.  Did you take any steps to confirm directly

6  or indirectly where she was?

7     A.  No, sir.

8     Q.  Did she have a cell phone?

9     A.  No.

10    Q.  Did you call your parents?

11    A.  No, I would not involve anybody else in

12 this.  I just won't.  It's my issue.

13    Q.  At that point, January 28, 2000, how would

14 you describe your relationship with her parents?

15    A.  Fine.

16    Q.  So you didn't call them?

17    A.  No.

18    Q.  But you didn't know where your children

19 were?

20    A.  You say I didn't know.  I did know.

21    Q.  Fine.  Nothing else happened on January

22 28th?

23    A.  No, sir.

24    Q.  Now, the next day, January 29th, was a

25 Saturday?

1   pistol. I think it might have been a 9mm back
2   then. A .380 pistol owned by me.
3       Q. Now, what kind of make is that?
4       A. Browning.
5       Q. Browning?
6       A. And a .22 rifle, I believe Remington maybe,
7   which was my grandfather's.
8       Q. Nothing else?
9       A. No, sir.
10      Q. Now, where was the 9mm department issued
11  pistol located?
12      A. In the den on the shelf. In a closet,
13  excuse me.
14      Q. And, I mean, what condition is it kept? I
15  mean, do you have it in some kind of locking
16  mechanism or something? Believe me, I don't know
17  anything about this.
18      A. I'm very-- I'm overly safe with my firearms.
19  The gun was broken down, meaning that it was
20  dismantled. It breaks down into five pieces.
21          And then on top of-- first off, it's
22  unloaded. Secondly, it's broken into pieces. And
23  third off, I put a lock on the slide action so
24  that --
25      Q. That's the actual mechanism, the firing

Page 124

1  mechanism?
2     A.  Well, yeah, it's where the bullets go in,
3  yes.  So it's a triple, plus it's placed up high,
4  so that's quadruple.
5     Q.  Now, is that department policy as far as how
6  weapons are to be handled when you're off duty?
7     A.  They're supposed to be stored in a safe
8  manner by State statute and by department policy.
9     Q.  Does the department further require or
10 suggest that it be broken down?
11    A.  No, that's something over and above I do.
12    Q.  How long does it take to assemble your
13 broken down department issued pistol?
14    A.  For myself, because I did it every day of my
15 life, 30 seconds.
16    Q.  And what kind of bullets does that weapon
17 have?
18    A.  It's either 9mm or .40 cal.  I can't
19 remember what was issued back then, but it's
20 hollow point bullets.
21    Q.  And where were those kept?
22    A.  Right next to the gun.
23    Q.  In like a box or something?
24    A.  No, in the magazines.
25    Q.  Oh, they're in the magazines?

1    A.   Because I figured she wasn't coming home.
2  She had moved back with mom and dad, was going to
3  live there.
4    Q.   Had she ever said that that was going to be
5  her intention to do that?
6    A.   She's often indicated she never wanted to
7  live in Connecticut in the first place.  She
8  always wanted to live in Pittsfield.
9    Q.   But I mean, specifically taking your
10 children out of the Enfield school system and
11 enrolling them in Pittsfield, did she ever say
12 that she was going to do that?
13   A.   Not specifically that, no.
14   Q.   Now, do you recall writing a note and taping
15 it to the kitchen door?
16   A.   Yes, sir.
17   Q.   Do you recall what the note said?
18   A.   Not verbatim, but it said something about--
19 it was to the children, addressed to the children
20 and to their mother.  It really was addressed to
21 their mother, but I addressed it to the children.
22       It said something about, "Your mother has
23 told people that I'm homicidal or suicidal" -- I
24 used those words so they pretty much don't know
25 what they mean, and so it was really for her --

Page 138
1   "and that she has run back to," I think the word
2   was, "bosom of her family," something along that
3   line.
4       Q.  That's all you said in the note?
5       A.  Something along that line, yes.
6       Q.  "Your mother has told people that I'm
7   homicidal and suicidal, and that she has run back
8   to the bosom of her family"?
9       A.  Yeah.
10      Q.  Nothing further?
11      A.  Yeah.  Something along, "That's why she's
12  taking you guys away."
13      Q.  Oh, did you say anything --
14      A.  Yeah, probably, "That's why she's taking you
15  away from me and run back to the bosom of her
16  family."
17      Q.  Now, do you know if they ever saw that note?
18      A.  I don't believe so.  They've never mentioned
19  it to me.  It was placed high on the door, on the
20  inside of the door, so you'd have to read it
21  through the glass.
22      Q.  And when did you actually write the note and
23  put it on the door?  Do you recall?
24      A.  I don't remember if I did it-- I must have
25  done it before I went out for the Super Bowl party

```
 1    thinking that she might come home then.
 2       Q.   Now, I want to have you describe what
 3    happened when your wife Rosanne and the children
 4    did show up, but do you recall seeing anybody else
 5    before them that day?
 6       A.   No.
 7       Q.   How about your sister, did she show up that
 8    day?
 9       A.   No.
10       Q.   So what ended up happening on that day, on
11    Monday, initially?
12       A.   It had snowed that night.
13       Q.   You mean Sunday night it had snowed?
14       A.   Sunday night into Monday morning.  And there
15    was a snow delay for schools, which really didn't
16    apply to me or my children because they weren't
17    there.
18       Q.   Well, it would have applied to them?
19       A.   If they were there.  It would have if they
20    were there.  And as the water main broke, and they
21    really weren't out of school the whole day, now
22    they had a snow day, so they really wouldn't have
23    been out for the whole day, but she showed up at
24    the house.
25       Q.   What time?
```

Page 140

1    A.   I'm going to guess around 10:00 in the
2  morning, I'm not exactly sure, with the children
3  in tow.
4       And words were exchanged.  I tried to just
5  speak with the children; however, she kept butting
6  in.
7    Q.   Now, when you say words were exchanged,
8  between you and your wife?
9    A.   Yeah, it was like, "Nice for you to show
10  up," or something like that.  And, "Where have you
11  been?"  I knew where she had been, but-- and I was
12  concerned on what she had told the children, so I
13  wanted the opportunity to speak to the children on
14  my behalf, and she forbid that, and said they had
15  to get to school.
16       Words were exchanged again because I said,
17  "Listen, you took them out of school early on
18  Friday.  It was fine for you to take them out of
19  school on Friday, but now it's not fine for them
20  to be a little late for school on Monday for dad
21  to speak to them."  And she said, "That's right."
22       So she then proceeded to have the kids load
23  up whatever they had to do for school, throw them
24  in our car and I assumed take them to school.
25    Q.   So how long were they in the house before

Page 141

```
 1   they got in the car?
 2      A.  10 minutes, 15 maybe.
 3      Q.  What was the demeanor of your children?
 4      A.  Frightened, confused.
 5      Q.  Crying?
 6      A.  They may have been.  I don't really have a
 7   recollection of that, but they may have been.
 8      Q.  So what did they do in the ten minutes that
 9   they were there?
10      A.  They packed up their books, got their books,
11   put on their school clothes, whatever they had to
12   do, got their lunches ready and left.
13      Q.  And your wife took them to-- now, what
14   school did they go to?
15      A.  Parkman (P-a-r-k-m-a-n) Elementary.
16      Q.  And how far is that from your house?
17      A.  A quarter of a mile maybe.
18      Q.  So she took them there.  And what happened
19   next?
20      A.  She returned home, began packing bags and
21   stuff.  So I left.  I got my workout gear, my
22   exercise gear, and left.
23          I went to Troop C to workout, which isn't my
24   troop, but it's the closest troop with a gym.
25      Q.  So is this still in the morning?
```