```
 1      Q    So as far as you know, she was observing these
 2  events going on?
 3      A    No, she wasn't observing, she was screaming
 4  and yelling.
 5      Q    What was she screaming and yelling?
 6      A    She was screaming for the children to run
 7  away, and she was screaming at me not to hit
 8  Mr. McGunigle.
 9      Q    Did you hit Mr. McGunigle?
10      A    No, sir.
11      Q    And you were enraged at Mr. McGunigle for
12  being present in your house?
13           MR. DOYLE:  Object to the form.  Go ahead
14  and answer.
15      A    Enraged.  I was very upset and very hurt, felt
16  very betrayed, yes, sir.
17  BY MR. COURTNEY:
18      Q    And you do recall your wife Roseanne screaming
19  don't hit him, don't hit him?
20      A    Yes, sir.
21      Q    And during this period your wife Roseanne was
22  telling Audrey and Erik to run out of the house?
23      A    Yes, sir.
24      Q    What happened next?
25      A    After I got Mr. McGunigle out of the house,
```

Waananen vs Barry

2/13/2004                                                    Neal Waananen

Page 171

1    out of the main portion of the house, the children had
2    run out the front door, as their mother then instructed
3    them to, and --
4        Q    What about Roseanne herself?
5        A    She went out with Mr. McGunigle out to the
6    breezeway area, and then she went out to the front yard
7    and was screaming at the kids to run away, run down the
8    street, to run away.
9        Q    And so then what happened next?
10       A    I went to the front door -- you've got to
11   understand, I had just had knee surgery recently prior
12   to that, so I was not physically 100 percent, I had just
13   gotten my cast off the Friday before, so I wasn't
14   running out the door after the kids, and I looked at the
15   kids standing in the front yard, in the snow, in their
16   stocking feet, crying hysterically, and their mother
17   screaming at them to run away, to run away, and I looked
18   at them, and I said, Get back in here and get some shoes
19   on. My daughter proceeded to run away down towards the
20   beginning of the street, I lost sight of her when she
21   went by the bushes, and my son looked at his mother, he
22   locked at me, he looked at his mother, and he looked at
23   me, and he just shook his head and came walking back
24   into the house.
25       Q    Do you recall yelling stop to your two

```
1    children?
2        A   No.  I may have, but I don't recall.
3        Q   Do you recall saying anything particularly to
4    one of the other children?
5        A   No.
6        Q   So you didn't -- there wasn't anything
7    particular that you said to Erik?
8        A   No, sir.
9        Q   So Erik came back into the house?
10       A   Yes, sir.
11       Q   And Audrey went off with her mother?
12       A   Not with her mother, no.  She ran down the
13   street.
14       Q   She ran down the street, okay.  Could you tell
15   where she went?
16       A   No, there is bushes there, I have no idea.
17       Q   After Erik came back into the house, what
18   happened next?
19       A   I told him to put on some dry socks and shoes,
20   then Mr. McGunigle tried to come in the house again
21   through the kitchen door, so I went over to there to
22   block his entrance into the house.
23       Q   Now, Erik came back into the house through the
24   front door?
25       A   Yes, sir.
```

Page 173

1  Q   After he came back in you locked that door?

2  A   I'm guessing probably, yes.

3  Q   And previously when you had forced Mr. McGunigle out the kitchen door and with your wife also leaving through that area, did you lock the kitchen door at that point?

7  A   I may have, probably, yes.

8  Q   All right. So you're saying that Mr. McGunigle was trying to open the kitchen door?

10 A   Yes, sir.

11 Q   And so what happened?

12 A   I went over to the door, my wife was there with him with the key to unlock the door, as I lock it, she would unlock it, as I would lock it, she would unlock it.

16 Q   How many times did this go on?

17 A   So many times it was ridiculous. It was like a cartoon. Every time she would unlock it, they would try to push their way through. Every time they would try to push their way through, I would push it back closed and lock the door.

22 Q   Do you recall if your wife Roseanne was saying anything while this was going on?

24 A   No.

25 Q   Nothing like let me in, you know, I want Erik,

Page 174

1    or anything of that nature?

2        A    Could be, I don't remember specifically.

3        Q    Do you recall if you said anything?

4        A    I think I said, You're not going to get in.

5        Q    And do you recall your reasons why you were
6    not going to let them in?

7        A    Yes.  I was very concerned this was going to
8    escalate into a physical altercation, and as a state
9    trooper, you lose in those situations.  If I was Joe
10   citizen and a construction worker, I would have punched
11   his lights out, and dealt with the consequences, but as
12   a state trooper, we're held to a different standard, and
13   you can't do that.  So there was no way I was going to
14   let him in and escalate this into a physical
15   altercation.

16       Q    Well, you don't think that Mr. McGunigle was
17   going to physically assault you, do you?

18            MR. DOYLE:  Object to the form.  You can
19   go ahead and answer it, if you know the answer.

20       A    I have no idea what his intent was.  But was
21   that a possibility, absolutely.

22   BY MR. COURTNEY:

23       Q    Well, he had said to you that he wanted to
24   talk to you.

25       A    No, he wanted to tell me what to do.  He was

Page 175

1  going to fix this thing. John thinks that he can fix
2  everything.
3     Q    So you went through this unlocking, locking,
4  unlocking, locking, and the way this is being -- the way
5  this is occurring is that Mr. McGunigle and your wife
6  are on one side of the door, you're on the other side of
7  the door. How were you relocking the door?
8     A    Turning the knob.
9     Q    There was a latch?
10    A    Yes, sir.
11    Q    So what happened next?
12    A    It just continued on for, like I said,
13 numerous, numerous times. I was getting tired of the
14 whole situation, and to be quite honest with you, my
15 knee wasn't feeling that great, so I decided I have to
16 do something to prevent him from coming into this house,
17 and because if you keep people apart, you don't have to
18 worry about an incident escalating, and that is what I
19 was trying to do. So I had no other resource at me
20 other than I had the refrigerator right there next to me
21 right next to the door, and I proceeded to pull the
22 refrigerator partially in front of the door.
23    Q    And you did this to keep your wife Roseanne
24 and Mr. McGunigle out?
25    A    I really didn't care about my wife. She's

1   Q   Do you know who was calling you?

2   A   I have no idea.

3   Q   So you didn't hear any of the messages?

4   A   No.

5   Q   As to those who had called?

6   A   But I'm assuming it was my ex-wife, well, my
7   wife then at the time, or Mr. McGunigle who were
8   calling.

9   Q   Do you know if it could have been anyone else,
10  for example, Master Sergeant Kumro?

11  A   I have no idea who it was.

12  Q   Do you know how many times the phone rang?

13  A   I know it rang numerous times, but it rang so
14  much that the phone upstairs, the answering machine
15  became full.

16  Q   How do you know it became full?

17  A   Because you could here it upstairs going beep,
18  beep, beep that it is full.

19  Q   Do you know how many messages your answering
20  machine can take?

21  A   No, but I had left all the messages on there
22  from that weekend, all the panic messages from the
23  troop, from Terry McFadden, from my brother, from
24  everybody else who had left their big panic messages, I
25  had left those on there intentionally so if my wife ever

Page 179

1  returned show her the situation that she created.

2  Q   Now, at that point did it occur to you that
3  your wife might be emotionally upset about these events
4  that had transpired?

5       MR. DOYLE:  Object to the form, calls for
6  his state of mind.  You have to answer.

7  A   I don't know what her state of mind is.

8  BY MR. COURTNEY:

9  Q   Well, did it occur to you that she might be
10 concerned about her son Erik being in the house with you
11 after what had transpired?

12      MR. DOYLE:  Object to the form.

13 A   No, she had no -- there is no reason for
14 concern, I never gave her any reason for concern.

15 BY MR. COURTNEY:

16 Q   Now, as of that point, you were talking about
17 after your conversation with Erik, after the phone
18 repeatedly rang numerous times and the answering machine
19 was now full, what time of day were we at at that point?

20 A   Probably 5:00 or so, 5 to 5:30, somewhere in
21 that area.

22 Q   And do you know if it was dark outside at that
23 point?

24 A   Yes, it was.  It was January 31st, yes.

25 Q   As of that point, did you know if anyone had

1  contacted either the Enfield Police Department or your
2  employer, the Connecticut State Police?
3      A    No, I had no knowledge.
4      Q    Now, what happened after, you know, the phone
5  was ringing and the answering machine was full, what
6  happened next?
7      A    Erik had mentioned to me that he didn't know
8  what kind of puppy we should get because there were
9  about four different breeds that I was considering, and
10 he said he wasn't sure what all of those breeds looked
11 like, so we decided to go on line, on the computer on
12 line to look up puppies and dogs, so he could see
13 exactly what kind of dogs that I was talking about.  So
14 we did that.  I had to unplug the telephone line and
15 plug it into my computer, but it stopped all the phone
16 calls, all the ringing, and we went on line to check out
17 puppy sites, and also looking for puppy farms in the
18 area that had puppies for sale.
19     Q    And what happened next?
20     A    We were on line with that and downloading a
21 lot and printing out a lot of the different types of
22 dogs and the different types of locations of the puppy
23 farms, where they are, and at some point Erik became
24 hungry, and it was dinner time, and I said, Hey, do you
25 want to go out to eat, or do you want to order something

Waananen vs Barry
2/13/2004                                                          Neal Waananen

Page 181

1   in, and he opted for staying in because he was frazzled,
2   and I said, okay, how about if we order a pizza, and he
3   said, yes, great idea, so we did that, and I had ordered
4   a pizza from Domino's, and I had to disconnect the line
5   from the computer, and connect the phone back up, and I
6   called Domino's to order the pizza.
7       Q    Now, were you concerned at all about what
8   might be going on with your daughter Audrey and with
9   your wife Roseanne at that point?
10      A    Concerned, no. Interested, yes. But I wasn't
11  in a position to find out.
12      Q    All right. So you ordered a pizza from
13  Domino's. Can you give us your best recollection of
14  when you ordered the pizza?
15      A    I think it was 5:30.
16      Q    And what happened next?
17      A    We went back on line again looking at
18  different sites, doing different things, and waiting for
19  the pizza to be delivered, and about, I'm going to say
20  around 6:10, Erik looked at me and said, Dad, the pizza
21  is not here yet, and Domino's had a policy in 30 minutes
22  or less they'll deliver your pizza for free, or
23  something, and he said, Where is the pizza? We had
24  ordered from Domino's so many times that he's very
25  familiar with the procedures, and I said, Jeez, I don't

Page 182

1   know, and I said, I'll give them a call back and find
2   out what is going on.  So that is what I proceeded to
3   do, now disconnect the computer again, hook back up the
4   phone, and I called Domino's back and inquired about our
5   pizza.
6       Q    Did you speak to somebody from Domino's?
7       A    Yes, I did.
8       Q    And what was the content of --
9       A    He said he didn't know where the pizza was, it
10  should have been there, he had no answer for me.  I was
11  not happy with the situation, I said, It's been over 30
12  minutes too, and he kept apologizing, and I said, What
13  is going on, where is my pizza.  Little did I know.
14      Q    So what happened next?
15      A    I hung up the phone, I think we went back on
16  line again.  My son is very much into computers, and he
17  was very much into the Internet, so we were just playing
18  around on the Internet, and my pager went off.
19      Q    Now, when you say your pager, is this
20  something work related?
21      A    Yes, State Police issued pager.
22      Q    And I mean, what actually happened?  Do you
23  just get a ringing noise, and then you know what to do,
24  or how does it work when you get paged?
25      A    It is a beeping noise, you get a telephone

Page 183

1  numeric display for the number that they want you to
2  call back.
3      Q    Do you remember what the numeric display was?
4      A    All I remember was it was a 203 area code,
5  which I thought usual, because that is New Haven and
6  Fairfield County, and it had -- we at the end put a star
7  and an asterisk, and oftentimes you put your badge
8  number in there so you identify who it is that is paging
9  you, and it was my lieutenant's badge number, so it was
10 my lieutenant paging me from a 203 area code.
11     Q    That is Lieutenant Thomas Davoren?
12     A    At the time, yes, he was me lieutenant.
13     Q    So what did you do?
14     A    I proceeded to call the number back.  I
15 disconnected the computer again, hooked up the
16 telephone, they're right next to each other, I called
17 the 203 number, and I got a message that said, it was an
18 automated message that said that cell phone service
19 can't be connected at this time, and that dawned on me
20 that it was a cell phone, not that he was in Fairfield
21 County.
22     Q    And so what did you do then?
23     A    I tried the number back again just to make
24 sure I hadn't misdialed it, got the same exact message,
25 and then I said, well, the boss is looking for me, I

1   that was your primary concern?

2       A   That was my only concern.

3       Q   So what happened next in terms of the
4   interaction with Lieutenants Davoren and Smith?

5       A   They were satisfied with all the answers that
6   I gave them, they were satisfied with the weapons, and
7   satisfied with everything that they had asked me about,
8   how come I hadn't answered my phone, I explained to them
9   that I was on line with the Internet, I showed them the
10  Internet stuff that I had printed out, the pictures of
11  the dogs that we had printed out, the dog kennels and
12  locations that we had printed out.  Lieutenant Davoren
13  asked me why I didn't call him back when he had paged
14  me, I explained to him, sir, I did, but your cell phone
15  was not in service, and I proceeded to say then I called
16  the troop, and the troop didn't know anything about this
17  either, and he then said to me, Okay, what number did
18  you call, and I explained to him, I had the pager still,
19  I popped up the display, saw the number, and he looked
20  at me and said, Oh, I inadvertently hit a wrong number,
21  that is why you were getting a misdial or a not
22  connecting.

23      Q   Now, who had done the misdial?

24      A   Lieutenant Davoren.  So I said, But I called
25  the troop, and I said, I did what I had to do to try to

Page 199

1  contact you.  They were satisfied with all these
2  answers, were very comfortable with the situation, were
3  comfortable with my son.
4      Q    How do you know that they were satisfied with
5  the answers?
6      A    Because they seemed satisfied with everything
7  I was telling them.  They didn't seem alarmed, they
8  didn't seem concerned, they didn't seem worried over
9  this.  They said, You're going to have to go out and
10 speak to the colonel, and when they said that, you
11 literally could have knocked me over with a feather,
12 because I could not believe that the colonel of the
13 State Police was at my house.
14     Q    And who was the colonel?
15     A    Well, the colonel was Colonel Bardelli at the
16 time, who I thought was who they met, but they also
17 called lieutenant colonels colonels, and it turned out
18 to be Lieutenant Colonel Barry.
19     Q    But initially you thought it was actually
20 Colonel Bardelli?
21     A    Yes, sir.  Well, I didn't know.  There is
22 three colonels, two are lieutenant colonels, one is a
23 full bird, they call them a full bird colonel.
24     Q    Now, did you have any further discussions
25 about the two weapons?

```
 1      A    No, sir.
 2      Q    What happened with the weapons?
 3      A    The last I saw of them, Lieutenant Smith had
 4   them.
 5      Q    Did you have any discussions with either
 6   Lieutenant Davoren or Lieutenant Smith about Lieutenant
 7   Smith having the weapons in his possession?
 8      A    No.
 9      Q    So Lieutenant Davoren said, You're going to
10   have to go out and speak to the colonel?
11      A    Yes, sir.
12      Q    And you're saying the impact on you was that
13   you could have pushed you over with a feather, what do
14   you mean by that?
15      A    I was totally shocked, and didn't know what to
16   make of the fact that the colonel, well, it turned out
17   to be the lieutenant colonel, but the colonel of the
18   Connecticut State Police was at my house.  As it was, I
19   just had two lieutenants, which are not, they're the
20   lowest level of managerial people in our department who
21   were at my house who had never been there, and now I
22   have a colonel at my house.
23      Q    Now, you had knew, because you had asked
24   Lieutenant Davoren earlier that he had spoken with your
25   wife, or they were there as a result of your wife
```