Waananen vs Barry

Neal Waananen

2/13/2004

Page 201

1    contacting them?

2        A    Yes.

3        Q    So at that point when you were told you had to

4    speak to the colonel, did you at least surmise that it

5    was as a result of information that your wife had

6    presented?

7        A    Yes, sir, and based on the fact that they were

8    looking at my weapons, I surmised that she had said that

9    there was some sort of gun play involved.

10        Q    Could it also have been just because of the

11    events that had previously happened in your house?

12                    MR. DOYLE:  Object to the form.

13        A    Absolutely not.  I thought it was because gun

14    play was involved.

15    BY MR. COURTNEY:

16        Q    All right.  So did you at that point leave the

17    house?

18        A    I started to, they turned around, they stopped

19    me, and they said, You better get your coat.

20        Q    Now, where were you at this point?

21        A    I was in the kitchen area showing them the

22    computer.  The living room is right off the kitchen, it

23    is right next to the kitchen, there is a computer, and I

24    was showing them the web sites that we were on.

25        Q    And the areas where they were in the house to

177c0f7c-b407-4f83-aacf-709de5a6d294

Waananen vs Barry

Neal Waananen

1    that point was they had previously been in the

2    breezeway, in the kitchen, any place else?

3        A    You have to walk through the dining room to

4    get to the den, they went down the hall to the den,

5    which is where my duty weapon was, they had gone in the

6    garage, they were in the living room, just a few steps

7    into the living room for the computer.

8        Q    Because you were showing them the sites that

9    you were on?

10       A    Yes, sir.

11       Q    All right.  So they said to you to get your

12   coat?

13       A    Yes, sir.  That is not a good sign.  When a

14   police officer tells you to get your coat, that means

15   you're going away.

16       Q    Well, he had told you that you were going to

17   go out and speak to the colonel?

18       A    Yes, sir, but when a police officer tells you

19   to get your coat, you're going away.

20       Q    So did you get your coat?

21       A    Yes, sir.

22       Q    And then what happened next?

23       A    As I took my coat out of the den closet, my

24   son was in there still eating a pizza, my son inquired

25   what is going on, and I said, Dad, is going away, son.

177c0f7c-b407-4f83-aacf-709de5a6d294

Waananen vs Barry

Neal Waananen

2/13/2004

Page 203

1    And he said, Where are you going?  And I said, I have no

2    idea, but I knew I was going away.  I proceeded then to

3    hand the coat to Lieutenant Smith so he could check it

4    for weapons.  Like I said, I know the drill, and I had

5    on wind pants and a tee shirt and sneakers, and that was

6    it.  I proceeded to pull up my tee shirt and stuff like

7    that, he came over, just checked me quickly to make sure

8    I wasn't carrying any weapons, handed me my coat, and we

9    proceeded out, and my son was screaming the whole time,

10   What is going on, where are you going.

11       Q    Now, what was the -- if you can give us your

12   best recollection, how long from the time that they came

13   into the breezeway until you left were Lieutenant Smith

14   and Lieutenant Davoren there?

15       A    I'm going to say probably 15 minutes, 20

16   minutes maybe.

17       Q    And you did go outside?

18       A    Yes, sir.

19       Q    What happened next?

20       A    We proceeded outside, they announced

21   everything is okay to --

22       Q    Who announced?

23       A    I don't remember if it was Lieutenant Davoren

24   or both of them announcing everything was okay, and I

25   walked out and was met with a sea of blue and gold and

Brandon Smith Reporting

177c0f7c-b407-4f83-aacf-709de5a6d294

1    SWAT team members, and Enfield police officers, and you

2    name it.

3        Q    So you were met by a sea of blue and gold

4    including SWAT team members?

5        A    SWAT team members were there, there was

6    uniform personnel there, there was Enfield uniform

7    personnel there, some of my neighbors were out, one of

8    my neighbors was out, he's an Enfield police officer,

9    there was just -- all I remember is there was just cops

10   were everywhere, everywhere.

11       Q    Now, when you say everywhere, can you at least

12   give us some description of the area that you were

13   referring to?

14       A    I was walking down my driveway and out in the

15   street, and there is not much frontage on our houses on

16   the residences because of the underground utilities and

17   stuff, they don't need much frontage, they were all out

18   in the streets, they were coming around the corner of

19   the bushes where my daughter had left before that, they

20   were everywhere.

21       Q    Now, in terms of the SWAT team, I mean, how

22   many individuals are you referring to specifically in

23   that category?

24       A    I don't even remember, I didn't count numbers

25   or faces.  I was focusing on -- I was shocked.  I was in

Waananen vs Barry

Neal Waananen

Page 205

1    shock, I was in disbelief, I was totally dumbfounded by

2    the whole situation, and what I was walking out into.

3        Q    How do you know that there were SWAT team

4    members outside?

5        A    Because they told me that, they told me what

6    their directives were, and what their responsibilities

7    were.

8        Q    So you don't have any specific recollection of

9    seeing SWAT team members out there?

10       A    They're not meant to be seen.  SWAT team

11   members are not meant to be seen.

12       Q    All right.  So you walk outside, and where did

13   you go?

14       A    I met the colonel who was in front of my

15   house, I say colonel, Lieutenant Colonel Barry.

16       Q    Timothy Barry?

17       A    Yes, sir, who was in front of my house in the

18   city street, we proceeded down there.  On the way down

19   there Major Rearick approached me and spoke with me

20   first.

21       Q    Now, again, where exactly were you at this

22   point?

23       A    Right at the mouth of my driveway when Major

24   Rearick approached me.

25       Q    And Lieutenant Colonel Barry was there as

Page 206

1   well?

2        A    No, he was probably 20 feet away from there.

3        Q    So what happened next?

4        A    Major Rearick leaned in, and he said to me,

5   Listen kid, you aren't -- as only Major Rearick can do,

6   Listen kid, you aren't getting arrested, you aren't

7   getting fired, just go with it, or something like that,

8   and I looked at him, I saluted him, as I had Lieutenant

9   Davoren and Lieutenant Smith as we're required to do,

10  and I said, Okay, sir, and then we proceeded to all walk

11  over towards Lieutenant Colonel Barry.

12       Q    So your recollection is Major Rearick said to

13  you, Look kid, you're not getting arrested, you're not

14  getting fired, just go with it?

15       A    Something along those lines.  He tried to put

16  me at ease.

17       Q    Do you recall him saying anything else?

18       A    Not at that point.  Later on, yes, but not at

19  that point.

20       Q    So then what happened next?

21       A    I went over to Lieutenant Colonel Barry, and

22  he started firing questions at me, the same ones that

23  were fired at me inside by Lieutenants Davoren and

24  Smith.

25       Q    I may have asked you this last time.  Did you

Waananen vs Barry

Page 207

1    know Lieutenant Colonel Barry?

2         A    Yes, sir.

3         Q    And how did you know him?

4         A    He was my lieutenant when I was in the major

5    crime unit for the last month or two of my tour there.

6    I knew him from prior.  He's a lieutenant colonel,

7    everybody knows who he is.

8         Q    And how would you describe your relationship

9    with him?

10        A    Fine.

11             MR. DOYLE:  Can I just have one second, I

12   just want to ask him a quick question.

13             (Pause.)

14   BY MR. COURTNEY:

15        Q    I just want to kind of cover something that we

16   touched on before we get into the discussion with

17   Lieutenant Colonel Barry.

18             You talked previously about when Lieutenant

19   Davoren first contacted you that, you know, you

20   immediately inferred that you knew the drill that he was

21   going to have to pursue because of your surmise that

22   your wife had contacted him, and that there was a

23   situation that I guess might be characterized as a

24   marital dispute, something of that nature, do you recall

25   that?

1    and accurately as I could.  He wanted to know things

2    about, once again, why I didn't call -- why the phone

3    was out of service, why the phone was disabled, and I

4    explained to him the phone was not disabled, that the

5    phone worked fine, and that I was on line with my son on

6    the computer and had downloaded some stuff and printed

7    things out, and he looked at Lieutenant Davoren and

8    Lieutenant Smith, and they nodded, and they said, yes,

9    sir, we saw the stuff in there, and then he wanted to

10   know why I didn't return the page when I got the page,

11   and I looked, and I said, Sir, I did return the call,

12   you can check my phone records, because it is a long

13   distance call from my house, but I did make these calls,

14   and I got an automated message that it was not in

15   service, and subsequently, and Lieutenant Davoren said,

16   I inadvertently hit a wrong digit on the page out, and I

17   said, then, sir, I turned around and called the troop to

18   inquire what was going on, and I was told that nobody

19   was looking for me, and he explained to me, I told them

20   to do that, and I said, Okay.  So apparently the desk

21   had called the command post in Enfield and were told to

22   tell me nobody was looking for me.  He then wanted to

23   know why as soon as I hung up with Troop D and they

24   tried to call me back the phone was busy again, why I

25   disabled the phone, and I said, I didn't disable it, I

Waananen vs Barry

Page 213

1   merely picked up the phone, called Domino's to inquire

2   about why my pizza was late.  And I said, As a matter of

3   fact, if you call the gentleman at Domino's, he'll

4   remember me, believe me, because I was not too happy

5   with the tardiness of the pizza.  I said, Then when I

6   hung it up I called that cell phone number again that

7   the lieutenant had given me, and I said, my phone

8   records will show that, that I made that called, and I

9   said, when the phone rang the next time, it was

10  Lieutenant Davoren, and I answered it, sir.

11      Q    Now, up to that point do you know if your wife

12  had spoken to Lieutenant Davoren, Lieutenant Smith,

13  Lieutenant Colonel Barry or anybody else from the State

14  Police?

15      A    I thought she had spoken to Lieutenant

16  Davoren, that was my impression.

17      Q    And other than your impression, did you know

18  if she had spoken with any of them?

19      A    No, sir.

20      Q    And if she had spoken with them, of course you

21  wouldn't have known what she may have said about what

22  had occurred up to that point?

23      A    Absolutely not, but I had my suspicions.

24      Q    And do you know if John McGunigle had spoken

25  to Lieutenant Davoren, Lieutenant Smith, Lieutenant

177c0f7c-b407-4f83-aacf-709de5a6d294

Page 216

1    the scene, or did people leave, if you recall?

2        A    No, they were still showing up when I was

3    being escorted away.

4        Q    Well, I want to make sure we've got to

5    sequence clear here.  Is there anything else that was

6    discussed with Lieutenant Colonel Barry that you haven't

7    already indicated?

8        A    Yes, sir.

9        Q    What else?

10       A    As he continued to pepper me with all of these

11   questions, and I answered them, once again, in my

12   opinion to the satisfaction of his questions, he became

13   more and more, what is the word, frustrated, I guess,

14   would be the best way to describe with the situation,

15   because it was not apparently what he was led to believe

16   it was, and at one point Major Rearick who has no like

17   for Lieutenant Colonel Barry leaned in and jabbed him

18   with a good one, and said, Looks like you've been

19   played, sir, and the colonel was very upset with that,

20   and he said, That remains to be seen, and that is how he

21   responded to that.

22       Q    So you recall Major Rearick saying to

23   Lieutenant Colonel Barry, Looks like you've been played?

24       A    Yes, and relishing it.

25       Q    What is the nature of the relationship between

Waananen vs Barry

Page 217

1    Major Rearick and Lieutenant Colonel Barry that you

2    believe so that he relished this?

3        A    Major Rearick at one point in time was slated

4    to be the next lieutenant colonel, and Lieutenant

5    Colonel Barry got the position, because powers to be

6    changed, and they have no like for each other, and it is

7    well known.

8        Q    So what happened next?

9        A    Lieutenant Colonel Barry was very upset now

10   that this was not what it appeared to be, he then began

11   to -- you could see the wheels were turning, and he

12   turned to me and said, You're going to the Institute of

13   Living, and knowing what the Institute of Living is,

14   which is a psychiatric hospital, I looked at him and

15   said, Excuse me, sir?  And he said, You're going to the

16   Institute of Living, and I said to him, Sir, I don't

17   need to go to the Institute of Living, and he said,

18   You're going.  And I said, Is that an order, sir?  He

19   said, Yes, it is.  And I said, All right.  And he then

20   proceeded to start barking out orders about, Get him an

21   ambulance, we've got to take him to the Institute of

22   Living.  At that point Lieutenant Davoren stepped in and

23   said, sir, I have no problem with taking me, the master

24   sergeant, down to the hospital.  So he opted for that

25   plan to have Lieutenant Davoren take me to the hospital,

177c0f7c-b407-4f83-aacf-709de5a6d294

Page 218

1    and he had another person there, Sergeant Konieczny, the

2    one that you asked me about last time, was directed to

3    follow us in his cruiser.

4        Q    So did you say anything further once

5    Lieutenant Davoren said that he would take you to the

6    Institute of Living?

7        A    To Lieutenant Colonel Barry, no.

8        Q    To anyone at that point?

9        A    Well, no.  We then proceeded over to

10   Lieutenant Davoren's car, as we were getting over there,

11   my son came running out of the house as he saw me being

12   escorted to the cruiser, and he started screaming to me,

13   Dad, what is going on, where are you going?  What is

14   happening?  And I yelled back to him, and I said, It's

15   going to be okay, son, and I turned to Lieutenant

16   Davoren, who is one of the few people there that I

17   trusted at that point in time, and I said, Sir, please

18   make sure somebody stays with my son here, because I

19   can't leave him here unattended, and he assured me that

20   somebody would stay with him.

21            Enfield police then came up and said, Domino's

22   just called, they never got paid for the pizza, who is

23   paying for the pizza, and with that, I said, Listen, I'm

24   reaching into my pocket to get some money out,

25   gentlemen, so nobody thought it was an a furtive move,

Waananen vs Barry

Page 219

1   and I reached in and took a $20 bill out, handed it to

2   Lieutenant Smith, it was a cheese pizza, that is all it

3   was, I would guess it was 9.99, probably, for the thing,

4   I handed him for a 20, and I said, Here you go, sir, I'm

5   sure this will cover it, because I don't want to come

6   back to -- because at this point I was getting a little

7   irritated, I don't want to come back to a larceny

8   charge, and we proceeded then to get into Lieutenant

9   Davoren's cruiser.

10      Q    Now, at any time during any of the these

11  events was Major Edward Lynch on the scene?

12      A    Not to my knowledge.  I never saw him

13  personally.  Major Wheeler was, Major Rearick was, but I

14  never saw Major Lynch.

15      Q    Well, he is one of the defendants that you've

16  sued in this case?

17      A    Yes, sir.

18      Q    What exactly is the reason why you're suing

19  Major Edward Lynch?

20      A    Because he was in the chain of the information

21  that was given to the State Police that snowballed this

22  thing into something and morphed it into something that

23  it wasn't.

24      Q    And just simply by the fact that he was

25  involved in the chain of information about this incident

Brandon Smith Reporting

177c0f7c-b407-4f83-aacf-709de5a6d294

Page 220

1    you're suing him?

2        A    Yes, sir.  Absolutely, he's a major high

3    ranking member of this department who took no steps to

4    investigate this thing, just simply went off and did

5    what they had to do.

6        Q    So the problem that you see regarding Edward

7    Lynch is that he didn't conduct a proper investigation?

8        A    He didn't, correct.  He believed people, he

9    didn't look into things himself, he trusted people.  He

10   then took information and just passed it on and let the

11   chips fall where they may.

12       Q    Do you know where he was at that time?

13       A    On that day?

14       Q    Yes.

15       A    By information, yes.  He was at George

16   Dingwall's funeral preparations down in Middletown.

17       Q    So after you handed the $20 bill to an Enfield

18   police officer --

19       A    No, I handed it to Lieutenant Smith.

20       Q    To Lieutenant Smith.  What happened next?

21       A    We entered Lieutenant Davoren's cruiser, I

22   turned to the lieutenant and I said, Sir, because like I

23   said, he was probably the only guy there at that point

24   in time that I trusted other than Major Rearick, I said,

25   If you have to restrain me, do what you have to do, I

Waananen vs Barry

2/13/2004                                                    Neal Waananen

Page 221

1   don't want to jam you up, meaning handcuff me, and he

2   looked at me, and he says, don't give this guy any more

3   ideas.  So we proceeded to leave.

4        Q    Did you say that in front of Lieutenant

5   Colonel Barry?

6        A    Absolutely not.

7        Q    You said that just to Lieutenant Davoren?

8        A    Yes, when we were in his cruiser before we

9   pulled away.

10       Q    And so then he drove you to --

11       A    We turned to go out of my development area,

12  and as we turned, there was a sea of police officers

13  again, a sea of neighbors, on-lookers, you name it, and

14  the media was there.  So Lieutenant Davoren looked at

15  me, and he said, Is there another way out of here?  And

16  I said, Yes, there is, take a right here instead, and I

17  took him some different roads to get him out of there so

18  we could avoid the media, and unfortunately in the

19  process we lost Sergeant Konieczny who was supposed to

20  be following him.

21       Q    When you say the media, what are you referring

22  to?

23       A    Well, you could see the trucks were out there,

24  satellite trucks, and when the SWAT team goes, the State

25  Police SWAT team, it is a media event.

177c0f7c-b407-4f83-aacf-709de5a6d294