Page 222

1    Q    And when you were leaving, did you see the
2    SWAT team?
3    A    No, we aren't meant to see the SWAT team.
4    Q    So you took different roads to avoid the media
5    and others, and you went to, immediately went to the
6    Institute of Living?
7    A    No, sir.  When we got on the highway we were
8    southbound on 91 on the highway, and literally dozens of
9    cruisers, State Police cruisers were flying northbound
10   lights and sirens at warp speed still en route to my
11   residence, and the air traffic on the radio was
12   pandemonium, and Lieutenant Davoren reached over, and
13   out of consideration for me turned off the radio so I
14   didn't have to listen to the jabbering and the
15   goings-on.  He couldn't shield my eyes from the lights
16   and sirens heading north on 91 still, but after that
17   happened his cell phone rang.  He answered his cell
18   phone, and in his conversation, his half of the
19   conversation, I understood very quickly that they were
20   very concerned, because he had lost his tail, Sergeant
21   Konieczny, and they had tried him on the radio, and they
22   couldn't reach him on the radio, and they thought I had
23   somehow overpowered him, and now I was in possession of
24   him and his cruiser.
25   Q    And how do you know that they were concerned

Page 223

1  about you overpowering him?

2  A  I heard his half of the conversation.

3  Q  And who was his conversation with, if you
4  know?

5  A  I have no idea who it was with.

6  Q  Do you have any surmise who it might be?

7  A  I would guess probably Colonel Barry.

8  Q  And what else did you hear?

9  A  He said he was fine, there was no problems.
10 There was talk about going to Hartford Hospital instead
11 of the Institute of Living. It was agreed that they
12 would go to Hartford Hospital because they could take me
13 quicker, and that is where he said he was going to be en
14 route to. They kept him literally on the phone the
15 whole ride. He then started asking me questions about
16 my residence, the lieutenant started asking me questions
17 about the residence based on the phone conversation that
18 he was having with whomever, I don't know.

19 Q  And what were those questions?

20 A  He asked me where the 30/30 caliber rifle was,
21 because they had found 30/30 ammunition in my master
22 bedroom upstairs in the house. I explained to them that
23 I didn't own the 30/30, that it was my grandfather's who
24 had passed away, my father inherited it, did not want
25 it, I found somebody on our job that I had sold it to

Page 224

1  for my father approximately 15 years prior to that, and
2  I said, as a matter of fact, I'm sure he's there,
3  because he's a SWAT team sniper, Joe Delhanty, you can
4  have him about the 30/30 rifle. They then asked me
5  about a 22 rifle that they found in the master bedroom,
6  and I said I forgot all about that, that also was a
7  rifle from my grandfather that my father had just
8  recently given to me, because once again he had no need
9  for it, and my son was now in Boy Scouts, and part of
10 Boy Scouts is marksmanship with a 22 rifle, so I felt it
11 was an ideal thing to take custody of for my son to use.
12     Q    So the first discussion about the existence of
13 the 22 rifle was in the car with Lieutenant Davoren on
14 the way to the hospital?
15     A    Yes, sir.
16     Q    So you don't recall volunteering information
17 about the 22 rifle before you left to go to the
18 hospital?
19     A    I remember specifically I did not. I forgot I
20 even had the thing. And the 30/30 ammunition was just
21 left over, when I got the 22 rifle from my father, that
22 had been left over from the rifle that I had sold for
23 him on his behalf 15 years prior to that, he had that
24 ammunition up there, and the rifle, and gave that to me.
25 So I was going to turn over that ammunition to one of

Waananen vs Barry

2/13/2004   Neal Waananen

Page 225

1  our gun nuts at the Troop D, Bill Krauss, who was into
2  weapons, and I'm sure he could fire off the ammunition.
3     Q    So what happened with the 22 rifle as far as
4  you know?
5     A    Well, I know it was seized, because it was
6  returned to me many days later.
7     Q    So it is your testimony that the 22 rifle was
8  seized after it was discussed by radio while you were
9  traveling en route to Hartford Hospital?
10         MR. DOYLE:  Object to the form.
11    A    It was discovered, and it was part of the
12  phone conversation, and then it was obviously seized.
13 BY MR. COURTNEY:
14    Q    Do you know who it was discovered by?
15    A    No, sir.
16    Q    Well, you used the term seized.  Do you know
17  who you're referring to when you talk about it being
18  seized?
19    A    Well, Major Rearick returned it to me four
20  days later, on Thursday four days later.  Whether he
21  personally seized it, I wouldn't have any knowledge of
22  that, but I would highly doubt a major would be
23  searching my house.
24    Q    Did you say anything about the rifle being
25  taken at that point in your discussion with Lieutenant

Brandon Smith Reporting

Page 230

1    A    Do I have any evidence that he did?

2    Q    Yes.

3    A    No. Did his people, yeah.

4    Q    I'm only asking you about Lieutenant Colonel
5  Barry. With regards to then Major Lynch, do you have
6  any evidence that he himself came into your home and
7  searched your residence?

8    A    Asked and answered. I told you the only two
9  people that I know that entered my residence of the
10 State Police nature were then Lieutenant Davoren and
11 then Lieutenant Smith. I was then escorted away. I
12 don't know who went in. No one has told me, there is no
13 reports, there is no documentation.

14   Q    So did anything else happen en route to
15 Hartford Hospital while you were in the vehicle with
16 Lieutenant Davoren?

17   A    When we got to the hospital we were met
18 with --

19   Q    Before that. Anything else en route?

20   A    Not to my recollection. Like I said, he
21 stayed in communication with somebody at the command
22 post on the telephone the whole time.

23   Q    Do you recall having any further discussions
24 with him while you were going to Hartford Hospital?

25   A    Only about the weapons and the ammunition.

Page 231

1    Q    Nothing else?

2    A    I don't remember anything else.

3    Q    And no discussions about any of the issues
4    that may have been going on in the marital dispute that
5    you were having with your wife?

6    A    Not on the trip down, no, sir.

7    Q    So how long did it take from when you left
8    your house to when you got to Hartford Hospital, if you
9    recall?

10   A    If I tell you, then Lieutenant Davoren drives
11   at a very quick pace, I would say no more than 15
12   minutes, it's probably a lot less than that, maybe ten.

13   Q    What is your best recollection about what time
14   you got to Hartford Hospital?

15   A    Once again, at this point in time my head was
16   swimming, I don't even know. I'm sure they have records
17   of it there, though. I'm going to guess around 7:30,
18   7:45, maybe. It is a guess, though.

19   Q    And you did go to Hartford Hospital?

20   A    Yes, sir.

21   Q    And where did you go? Did you go to the
22   emergency room?

23   A    Yes, sir.

24   Q    And what happened next?

25   A    When we pulled into the parking area for the

```
 1    emergency room we were met by, once again, I don't know
 2    the exact number, at least three, maybe five troopers,
 3    uniformed troopers, I have no idea who they are to this
 4    day, but they were young looking uniformed troopers who
 5    were out of troop H in Hartford.
 6       Q    And you didn't know any of them?
 7       A    No, sir, and they said, Sir, are you okay?
 8       Q    Are they saying that to you?
 9       A    No, I'm not a sir, Lieutenant Davoren is a
10    sir.  And he said, I'm fine, what are you doing here?
11    Well, we were told to come here and make sure everything
12    is okay.  And Lieutenant Davoren said, Yes, everything
13    is fine, and he was very annoyed by the whole situation,
14    but again, we just proceeded on past them after they saw
15    that Lieutenant Davoren wasn't bound and gagged at my
16    mercy, and we proceeded into the emergency room.  I know
17    it sounds funny, but live my life.  Live my horror.
18       Q    So you proceeded into the emergency room?
19       A    Yes.  We were at the emergency room desk,
20    answering the generic questions that they ask you about
21    this, Captain, I'm sorry, then Lieutenant Davoren at the
22    time was motioned away through the release doors into
23    the actual emergency room while I was at the desk by a
24    trooper, you can see through it to this glass area
25    there, and he was motioned to come to them.  He went
```

Waananen vs Barry

2/13/2004                                                                 Neal Waananen

Page 233

1  over there, I stood there in the emergency room with
2  every derelict of Hartford, and was waiting there
3  patiently when some nurse started screaming and yelling,
4  You can't leave him unattended, he can't be left there
5  alone, somebody's has got to be there with him, and she
6  came charging through those set of doors that Lieutenant
7  Davoren had gone through with him in toe behind her, and
8  he goes, Everything is all right, ma'am, and she said,
9  he can't be left unattended, and with that they
10 proceeded to take me into an examination room, which I
11 know to be a psychiatric examination room having been
12 there many times before, but in a different capacity.
13     Q    And what kind of previous capacity?
14     A    As a trooper having an emergency examination
15 done on somebody on a committal.
16     Q    On a committal?
17     A    Yes, sir.
18     Q    Now, was there anybody else there that you,
19 present then, that you can recall?
20     A    Well, there was a lot of people there, people
21 in the waiting room, nurses around.
22     Q    No, from the agency, from the State Police?
23     A    Well, the troopers that were outside, I don't
24 know where they went, I don't know who the trooper was
25 that motioned the lieutenant through, those are the only

```
1    people that I saw actually inside the hospital at that
2    time.
3         Q    Did Master Sergeant Kumro arrive at any point
4    in time?
5         A    Yes, sir.
6         Q    At what point?
7         A    I believe after the examination was done, or
8    during -- well, the examination took forever, there was
9    multiple people that interviewed me, so I believe it was
10   probably during, in between one of those numerous
11   examinations or interviews or whatever you want to call
12   them.
13        Q    How long, if you recall, did the examination
14   take from beginning to end?
15        A    Probably hours, a couple of hours, maybe.
16        Q    And who examined you?
17        A    They had an actual physician examine me,
18   because they have to rule out the fact that I'm not
19   under some sort of medical problem, and then they had
20   numerous people that I'm going to assume are in the
21   psychiatric field interviewing me.
22        Q    How many people from Hartford Hospital
23   examined you, if you can recall?
24        A    The physical exam was one person, but the
25   psychological exam, I would say, probably three or four
```

Page 235

1  people.

2  Q  Do you know what positions or professions they
3  possess?

4  A  Only the last one identified herself as a
5  psychiatrist. The other people, first I had some people
6  in there for reception kind of questions and stuff, then
7  I had other people coming in there and asking me pointed
8  questions about my mental state and things of that
9  nature.

10  Q  You do recall that you were interviewed by a
11  psychiatrist?

12  A  Yes, sir. It was a female doctor.

13  Q  And how long did the actual mental examination
14  portion of the entire examination last?

15  A  Like I said, there was multiple people,
16  probably a good hour and a half, that is a guess. Once
17  again, I wasn't keeping track of the time.

18  Q  And you've had an opportunity to review the
19  documents that resulted from that examination at
20  Hartford Hospital, right?

21  A  The discharge paper. They handed me a copy of
22  the discharge paper.

23  Q  You've had an opportunity to look at that?

24  A  Yes, when they handed it to me, yes, sir.

25  Q  And they handed it to you at that point when

1   you were finished?
2       A   When I was being discharged, yes, sir.
3       Q   And what was your understanding as to the
4   outcome of the examination?
5       A   The psychiatrist said to me, You don't need a
6   psychiatrist, you need a good divorce attorney, that was
7   a quote.  I asked her if she could put that in the
8   discharge papers, she said, no, that would be
9   inappropriate.
10      Q   Do you know if any recommendations were made
11  by Hartford Hospital as far as any subsequent treatment
12  or other follow up?
13      A   Absolutely none.
14      Q   So you don't have any recollection that
15  Hartford Hospital recommended or issued instructions
16  that you should follow up with the employee assistance
17  program?
18      A   It is possible.  I was directed to do that,
19  yes, sir.
20      Q   But I mean as we sit here today, you didn't
21  know that Hartford Hospital made a specific instruction
22  that you should follow up with the employees assistance
23  program?
24      A   No.
25      Q   Do you remember the name of the psychiatrist?

Waananen vs Barry

2/13/2004                                                  Neal Waananen

Page 237

1   A    No, sir.

2   Q    Now, I asked you about Master Sergeant Kumro

3   being at Hartford Hospital, did you have any

4   interactions with her at all?

5   A    Yes, sir.

6   Q    And what were those?

7   A    One of the, for lack of a better term,

8   attendants at the hospital came into me and said, Does

9   your wife have short brown hair, and I said, Yes.  She

10  said, Well, she's here.  And I said, You've got to be

11  kidding me.  So I proceeded now to get up from my

12  examination room to go out to see that my wife was

13  there, and it turned out to be Master Sergeant Kumro.

14  She came in and spoke with me briefly.

15  Q    Do you remember what she said?

16  A    Not totally, and I kind of wish she wasn't

17  here right now, but she's, Sue doesn't have the best

18  track record with relationships, and what she said to me

19  pretty much fell on deaf ears, and I just said, okay,

20  thank you very much.

21  Q    Can you be a little bit more complete in terms

22  of what she and you spoke about?

23  A    She was talking about relationships, how

24  difficult they are, and how they evolve, and things of

25  that nature.  I don't even remember.  She was not a

Page 238

1    person I wanted to speak to at that point in time, and I
2    didn't feel comfortable speaking to her about my marital
3    problems, relationship problems.
4        Q    Now, her position with the agency was what at
5    that point?
6        A    She's a commanding officer in charge of the
7    employees assistance program.
8        Q    Do you know if she was there at the hospital
9    in that capacity?
10       A    I don't know if she actually told me that, but
11   yes, I believe so, yes.
12       Q    Would it be fair to say that she was there to
13   try to help?
14            MR. DOYLE:  Object to the form.
15   BY MR. COURTNEY:
16       Q    Help you.
17       A    One would surmise that is what the job of EAP
18   is, yes, sir.
19       Q    So what exactly is the reason that you're
20   suing Master Sergeant Kumro in this case?
21       A    Because, once again, she was in the chain of
22   events that snowballed this into something that it
23   wasn't.
24       Q    And --
25       A    Everybody had a chance in this link to do

Page 239
1  something different, and they chose not to.
2      Q    And what is it that she did that she's liable
3  for in your view?
4      A    Failure to do her job.
5      Q    And what is it that she failed to do?
6      A    She received a call from a fourth-hand party
7  about an incident involving a trooper, a master sergeant
8  with State Police, and took it on face value, and passed
9  this information, this confidential information on to a
10 major in the State Police who subsequently I ended up
11 with Enfield police, State Police, and the State Police
12 SWAT team surrounding my house.
13     Q    Do you know if Master Sergeant Kumro had made
14 any efforts to try to contact you that day?
15     A    She never paged me, she never spoke with me, I
16 never heard from her.
17     Q    Do you know if she made any efforts to try to
18 contact you?
19     A    I have no idea what she did.
20     Q    Do you know if she tried to telephone you?
21     A    I have no knowledge of that.
22     Q    Now, do you know Hartford Hospital's
23 understanding for the reason why they were conducting
24 your mental examination?
25              MR. DOYLE:  Object to the form.

Page 240

```
 1      A    No, I don't.  Speculate that I was --
 2   BY MR. COURTNEY:
 3      Q    You said you did receive discharge papers from
 4   the Hartford Hospital?
 5      A    Yes, sir.
 6      Q    Do you know if there was any stated reason for
 7   what they understood was the reason they were supposed
 8   to be examining you?
 9      A    No.
10      Q    So you didn't know that you were presented for
11   evaluation of potential suicide?
12      A    No.
13      Q    So this is the first you've heard of this?
14      A    Yes.  I understand that I was there on
15   emergency committal, and that is generally because you
16   pose a threat to yourself or society.
17      Q    And the result was they made a determination
18   that you were not a threat to yourself or to society as
19   you say?
20      A    That's correct.
21      Q    And you were discharged?
22      A    Yes, after.
23      Q    So you weren't committed or kept at the
24   hospital?
25      A    Well, yes, I was, but I wasn't kept there
```