## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEIL WAANANEN | : | CIV. NO. 3:02CV2307(JBA) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY BARRY, | : | |
| EDWARD LYNCH, | : | |
| JOHN REARICK and | : | |
| SUE KUMRO | : | |
| *Defendants*. | : | April 2, 2004 |

### DEFENDANTS' MOTION FOR ADDITIONAL TIME

COMES NOW the Defendants and pursuant to Local Rule 7 request some additional time to respond to the plaintiff's filing in resistance to summary judgment and plaintiff's motion to Strike dated March 22, 2004.

1.      On March 22, 2004, Plaintiff's counsel mailed to defense counsel his opposition to the defendant's Motion for Summary Judgment.  The opposition brief was received on March 25, 2004.

2.      On March 22, 2004, Plaintiff's counsel also mailed a Motion to Strike certain exhibits in support of the defendants' motion for summary judgment.  The Motion to Strike was received on March 25, 2004.

3.      The defendants' deadline to reply to the plaintiff's opposition to summary judgment filing is April 5, 2004 and for the Motion to Strike, April 12, 2004.

4.      The undersigned is getting ready for a trial in Federal Court and requests a short amount of additional time, until April 27, 2004, in which to file response to the Plaintiff's opposition to summary judgment and the Motion to Strike certain exhibits.

5.      Pursuant to Local Rule 7(b),  defense counsel spoke with plaintiff's counsel,

Attorney John R. Williams, about this motion and he has NO OVJECTION to the defendants'

request for additional time.

WHEREFORE, the defendant request the court's permission to extend the deadline until

April 27, 2004 in which to file responses consistent with this motion.

DEFENDANTS,
TIMOTHY BARRY, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:      _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct21487
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail:  Joseph.Jordano@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing Defendant's Motion for Summary Judgment

was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 2nd day

of April, 2004, first class postage prepaid to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Joseph A. Jordano
Assistant Attorney General

2