38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 5  1 45 PM '04
U.S. DISTRICT
NEW HAVEN, CONN.

NEIL WAANANEN
*Plaintiff*,

v.

TIMOTHY BARRY,
EDWARD LYNCH,
JOHN REARICK and
SUE KUMRO
*Defendants*.

CIV. NO. 3:02CV2307(JBA)

April 2, 2004

## DEFENDANTS' MOTION FOR ADDITIONAL TIME

COMES NOW the Defendants and pursuant to Local Rule 7 request some additional time to respond to the plaintiff's filing in resistance to summary judgment and plaintiff's motion to Strike dated March 22, 2004.

1. On March 22, 2004, Plaintiff's counsel mailed to defense counsel his opposition to the defendant's Motion for Summary Judgment. The opposition brief was received on March 25, 2004.

2. On March 22, 2004, Plaintiff's counsel also mailed a Motion to Strike certain exhibits in support of the defendants' motion for summary judgment. The Motion to Strike was received on March 25, 2004.

3. The defendants' deadline to reply to the plaintiff's opposition to summary judgment filing is April 5, 2004 and for the Motion to Strike, April 12, 2004.

4. The undersigned is getting ready for a trial in Federal Court and requests a short amount of additional time, until April 27, 2004, in which to file response to the Plaintiff's opposition to summary judgment and the Motion to Strike certain exhibits.

4/14/04: Motion GRANTED, absent objection, to and including 4/17/04.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.