UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEAL WAANANEN | : | CIVIL NO. 3:02CV2307(JBA) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY BARRY, | : | |
| EDWARD LYNCH, | : | |
| JOHN REARICK and | : | |
| SUE KUMRO | : | |
| *Defendants*. | : | April 26, 2004 |

**MOTION FOR ADDITIONAL TIME
TO FILE RESPONSIVE MEMORANDUM**

COMES NOW the defendants and request a short extension of time, until May 10, 2004 in which to file a response to the plaintiff's submission in resistance to summary judgment and their motion to strike certain exhibits.

1. The defendants' response is currently due on April 27, 2004.

2. Defense counsel requests a short extension of two weeks in which to file their responsive papers because of a current federal jury trial before the Hon. Stefan Underhill, that has occupied defense counsel's time since April 12, 2004 and will not be completed until sometime between April 28-30, 2004.

3. This is the defendants' second request.

4. Defense counsel has conferred with plaintiff's counsel, John R. Williams, Esq., and there is no objection to this request.

5. The defendants appreciate the court's understanding that trials due run over.

>                             DEFENDANTS,
>
>                             RICHARD BLUMENTHAL
>                             ATTORNEY GENERAL
>
>
>                     BY:_____
>                             Joseph A. Jordano
>                             Assistant Attorney General
>                             Federal Bar # ct21487
>                             55 Elm Street, P.O. Box 120
>                             Hartford, CT 06141-0120
>                             Tel: 860-808-5340
>                             Fax:  860-808-5383

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this 26th day of April 2004 to all counsel of record.

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

>                     _____
>                     Joseph A. Jordano
>                     Assistant Attorney General

2