40

FILED
Apr 27  2 17 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NEAL WAANANEN
*Plaintiff,*

v.

TIMOTHY BARRY,
EDWARD LYNCH,
JOHN REARICK and
SUE KUMRO
*Defendants.*

CIVIL NO. 3:02CV2307(JBA)

April 26, 2004

**MOTION FOR ADDITIONAL TIME
TO FILE RESPONSIVE MEMORANDUM**

COMES NOW the defendants and request a short extension of time, until May 10, 2004 in which to file a response to the plaintiff's submission in resistance to summary judgment and their motion to strike certain exhibits.

1. The defendants' response is currently due on April 27, 2004.

2. Defense counsel requests a short extension of two weeks in which to file their responsive papers because of a current federal jury trial before the Hon. Stefan Underhill, that has occupied defense counsel's time since April 12, 2004 and will not be completed until sometime between April 28-30, 2004.

3. This is the defendants' second request.

4/28/04: Motion GRANTED, absent objection, to and including 5/10/04
Janet Bond Arterton, U.S.D.J.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.