UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| NEAL WAANANEN | : | CIVIL NO. 3:02CV2307(JBA) |
| *Plaintiff*, | | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY BARRY, | : | |
| EDWARD LYNCH, | : | |
| JOHN REARICK and | : | |
| SUE KUMRO | : | |
| *Defendants*. | : | May 10, 2004 |

**DEFENDANTS' MOTION TO STRIKE CERTAIN
PAGRAPHS FROM THE PLAINTIFF'S
<u>RULE 56 (a)2 STATEMENT</u>**

COME NOW the defendants and move to strike certain paragraphs in the Plaintiff's Rule 56(a)2 Statement because the statements are speculative, lack evidentiary foundation, are hearsay, or contain the plaintiff's unsubstantiated opinions. Specifically, the defendants move to strike the following paragraphs for the stated reasons:

4. Foundation and relevancy

5. Speculation, improper opinion and hearsay

6. Vague, foundation and improper opinion

7. Improper opinion

2

8. Relevancy and foundation

12. Relevancy, speculation and foundation

15. Foundation and speculation

18. Relevancy, foundation and speculation

19. Relevancy, speculation, and improper opinion

21. Hearsay, foundation, speculation and improper opinion

22. Hearsay and foundation

26. Hearsay, speculation, foundation and improper opinion

33. Improper opinion and foundation

34. Hearsay and foundation

37. Hearsay, foundation and relevancy.

39. Speculation

40. Speculation, foundation, hearsay and improper opinion

41. Vague, foundation.

WHEREFORE, the above numbered paragraph in the plaintiff's Rule 56(a)2 Statement should be stricken.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion to Strike Certain Paragraphs from the Plaintiff's Rule 56(a)2 Statement was been mailed on this 10th day of May, 2004, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Joseph A. Jordano
Assistant Attorney General

3