**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


NEAL E. WAANANEN                                          :

   v.                                                      Civil No.  3:02cv 2307 (JBA)

                                       :

TIMOTHY BARRY
EDWARD LYNCH
JOHN REARICK
SUE KUMRO

### JUDGMENT


This matter came on for consideration on defendants' motion for summary judgment

before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers in conjunction with the motion and on

November 8, 2004, the Court filed a Ruling  granting defendants' motion for summary

judgment.

It is therefore ORDERED and ADJUDGED that  summary judgment is entered for the

defendants and  this case is closed.

Dated at New Haven, Connecticut, this 9th day of November, 2004.

                                    KEVIN F.  ROWE, CLERK


                                    By_____
                                      Betty J. Torday

EOD_____                        Deputy Clerk