UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEAL E. WAANANEN | : | |
| | : | |
| VS. | : | NO. 3:02CV2307(JBA) |
| | : | |
| TIMOTHY BARRY, | : | |
| EDWARD LYNCH, | : | |
| JOHN REARICK and | : | |
| SUE KUMRO | : | DECEMBER 6, 2004 |

## **A P P E A L**

The plaintiff Neal E. Waananen appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered against him on November 9, 2004, a copy of which is attached hereto.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Joseph A. Jordano, Esq., Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.

_____
JOHN R. WILLIAMS