# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date: 3/15/05
Docket Number: 04-6414-cv
Short Title: Waananen v. Barry
DC Docket Number: 02-cv-2307
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Arterton

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 15th day of March two thousand five.

William G. Madsen and Karen L. Karpie,

    Special Master,

Neal E. Waananen,

    Plaintiff-Appellant,

v.

Timothy Barry, Edward Lynch, John Rearick and Sue Kumro,

    Defendants-Appellees.

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is
ordered that the appeal from the judgment of the United States District
Court for the district of Connecticut be and it hereby is dismissed.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _Satisha Gibbs_
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk

By: Satisha Gibbs
Deputy Clerk

CERTIFIED: MAR 1 5 2005