UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEAL WAANANEN, | : | CIVIL ACTION NO. 3:02CV2307(JBA) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY BARRY, ET AL. | | |
| *Defendants* | : | March 28, 2005 |

## DEFENDANTS' MOTION FOR COSTS

Defendant's motion for summary judgment was granted on November 8, 2004 (Doc. # 47) and Judgment was entered on November 9, 2004 (Doc. # 48). The plaintiff filed a timely appeal to the United States Court of Appeals for the Second Circuit on or about December 7, 2004 (Doc. # 49). The Second Circuit dismissed the appeal , Docket No. 04-6414-cv, and issued a mandate dated March 15, 2005 (Doc. # 51), making the District Court's ruling a final judgment. Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully request that

    a.    The court assess costs in this action in the amount of $585.00 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

                                                    DEFENDANTS

                                                    RICHARD BLUMENTHAL
                                                    ATTORNEY GENERAL

BY:    _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar No. ct21487
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel: (860) 808-5340
        Fax: (860) 808-5383
        Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Motion for Costs was served by first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 28th day of March, 2005 to:

    John R. Williams, Esq.
    Williams & Associates, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510

                                                    _____
                                                    Joseph A. Jordano
                                                    Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NEAL WAANANEN, | : | CIVIL ACTION NO. 3:02CV2307(JBA) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY BARRY, ET AL. | | |
| *Defendants* | : | March 28, 2005 |

**BILL OF COSTS**

1. Fees of the Court Reporter ........................................... $ 585.00
    Deposition of Neal Waananen
   February 13, 2004 -- invoice attached


**TOTAL**                                                                  **$ 585.00**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NEAL WAANANEN, | : | CIVIL ACTION NO. 3:02CV2307(JBA) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY BARRY, ET AL. | | |
| *Defendants* | : | March 28, 2005 |

**CERTIFICATION**

  I, Joseph A. Jordano, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

                                 _____
                                 Joseph A. Jordano
                                 Assistant Attorney General

  Subscribed and sworn to before me by the above affiant on this the _____ day of March, 2005.

                            _____

                            Notary Public/Commissioner of the Superior Court