JAJ

**PRIORITY**  **PAST DUE**

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, February 16, 2004 | 8398BL |

Stephen J Courtney
Attorney General
110 Sherman Street
Hartford, CT 06141-0120

Phone:           Fax:

| | |
|---|---|
| **Witness:** | Waananen, Neal |
| **Case:** | Waananen vs Barry |
| **Venue:** | |
| **Case #:** | 3:02CV2307(JBA) |
| **Date:** | 2/13/2004 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 1:30 PM |
| **Reporter:** | Robin Balletto |
| **Claim #:** | |
| **File #:** | 12254ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General-Appearance | 1 | $75.00 |
| Original and Two-24Hours | 136 | $986.00 |
| Sub Total | | $1,061.00 |
| Payments | | $0.00 |
| Balance Due | | $1,061.00 |

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*