*Dist. of Conn.*
*(New Haven)*
*02-cv-2307*
*J. Arterton*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): *3:02 cv 2307 (JBA)*      Caption [use short title]

*04-6414 cv*            *WAANANEN v. BARRY*

Motion for: *REINSTATEMENT*

Set forth below precise, complete statement of relief sought:
*HAVE MY APPEAL CASE REINSTATED*
*WHICH I AM NOW HANDLING PRO SE*
*BECAUSE MY FORMER ATTORNEY FAILED*
*TO TIMELY FILE FORMS C & D.*

**FILED JUN - 7 2005 — Roseann B. MacKechnie, CLERK — SECOND CIRCUIT — UNITED STATES COURT OF APPEALS**

MOVING PARTY: *NEAL E. WAANANEN*      OPPOSING PARTY: *BARRY, LYNCH, BERRICK & KUNRO*

☒ Plaintiff     ☐ Defendant
☒ Appellant/Petitioner     ☐ Appellee/Respondent

MOVING ATTORNEY: *PRO SE*      OPPOSING ATTORNEY [Name]: *CT AG'S OFFICE*
[name of attorney, with firm, address, phone number and e-mail]      [name of attorney, with firm, address, phone number and e-mail]
*14 PINNEY STREET, UNIT 36*      *55 ELM ST  HARTFORD, CT*
*ELLINGTON, CT  06029*      *(860) 808-5318*
*(860) 604-1230*
*nwaananen@hotmail.com*

Court-Judge/Agency appealed from: *DISTRICT OF CT (NEW HAVEN)  HONORABLE JANET ARTERTON*

Please check appropriate boxes:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has consent of opposing counsel:
     A. been sought?      ☐ Yes    ☒ No      Has request for relief been made below?   ☐ Yes   ☐ No
     B. been obtained?      ☐ Yes    ☒ No      Has this relief been previously sought
                                            in this Court?   ☐ Yes   ☐ No

Is oral argument requested?    ☒ Yes    ☐ No
(requests for oral argument will not necessarily be granted)      Requested return date and explanation of emergency:

Has argument date of appeal been set?   ☐ Yes    ☒ No
If yes, enter date:

Signature of Moving Attorney: *Neal E. Waananen*      Date: *06/03/05*      Has service been effected?   ☐ Yes   ☐ No
                                                       [Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is (GRANTED) ~~DENIED~~. *The Clerk's office will enter briefing schedule.*

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk of Court

Date:    JUN 22 2005    By: *CJMinure*
*Sup. Staff Atty.*

**FILED JUN 2 2 2005 — Roseann B. MacKechnie, CLERK — SECOND CIRCUIT — UNITED STATES COURT OF APPEALS**

Form T-1080 (Revised 10/31/02).