UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Dist. of Conn.
(New Haven)
02-cv-2307
J. Arterton

Roseann B. MacKechnie
CLERK


FILED
JUL 8 2005

Date: 7/8/05
Docket Number: **04-6414-cv**
Short Title: Waananen v. Barry
DC Docket Number: 02-cv-2307
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Arterton

CIVIL APPEALS SCHEDULING ORDER #1

ADDRESS INQUIRIES TO (212) 857 - 8526

Noting that Neal Waananen    appellant pro se, has filed a Notice of Appeal, and being advised as to the progress of the appeal.

T IS FURTHER ORDERED that the District Court shall be responsible for filing the record on appeal on before **08/08/2005**.

IT IS FURTHER ORDERED that the appellant's brief and appendix be filed on or before **09/08/2005**. If appellant's brief does not exceed 10 pages, it may be filed in memorandum form.

IT IS FURTHER ORDERED that the appellee's brief be filed on or before **10/10/2005**. If appellee's brief does not exceed 10 pages, it may be filed in memorandum form.

IT IS FURTHER ORDERED that 10 copies of the each brief or memorandum shall be filed with the Clerk; however, the filing of a lesser number maybe permitted upon application.

IT IS FURTHER ORDERED that the appellee may, without further order of the court, file 10 copies of an appendix to its brief, or 10 copies of an attachment to its memorandum.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no earlier than the week of **11/28/2005**. The appellant pro se and opposing counsel and parties should immediately advise the Clerk by letter of the dates thereafter thet they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to the appellant, pro se, and all counsel.

**Re:  04-6414-cv  Waananen v. Barry**

IT IS FURTHER ORDERED that in the event of default by appellant in timely filing the appellant's brief or memorandum and appendix, or upon default by appellant regarding any other provision of this order, the appeal may be dismissed forthwith without further notice and without a motion therefore.

IT IS FURTHER ORDERED that if the appellee fails to file a brief or memorandum within the time directed by this order, the appellee shall be subject to such sanctions as the court may deem appropriate.

By: *Sheri Beliveau*
Sheri Beliveau
Deputy Clerk, USCA

Dated:   7/8/2005