**MANDATE**

Dist. of Connecticut
(New Haven)
02-cv-2307
Arterton

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 23rd day of December, two thousand and five.

PRESENT:
    Hon. JAMES L. OAKES,
    Hon. SONIA SOTOMAYOR,
    Hon. RICHARD C. WESLEY,
        Circuit Judges.

-----------------------------------------x

William G. Madsen and Karen L. Karpie,

        Special Masters,

Neal E. Waananen,

        Plaintiff-Appellant,

    -v.-
                           SUMMARY ORDER
                           No. 04-6414-cv

Timothy Barry, Edward Lynch,
John Rearick and Sue Kumro,

        Defendants-Appellees.
-----------------------------------------x

APPEARING FOR APPELLANT:   Neal E. Waananen, *pro se*, Ellington, CT.

APPEARING FOR APPELLEES:   Joseph A. Jordano, Assistant Attorney General, Office of the Attorney General of Connecticut, Hartford, CT.

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the United States District Court for the District of Connecticut

FILED DEC 2 3 2005 SECOND CIRCUIT

2006 APR 17 A 8:14 FILED


Issued as Mandate 3-16-06

(Arterton, J.). is AFFIRMED.

Neal E. Waananen appeals from the judgment of the district court dismissing his complaint pursuant to 42 U.S.C. § 1983 alleging that Department of Corrections employees Timothy Barry, Edward Lynch, John Rearick and Sue Kumro (collectively the "defendants") violated his constitutional rights under the Fourth and Fourteenth Amendments. We assume the parties' familiarity with the facts of the case and its procedural history.

On appeal, Waananen argues that he was not given the opportunity to explain his version of events to the district court; however, he was given a full opportunity to submit affidavits and other evidence in his opposition to the defendants' motion for summary judgment. Moreover, the defendants' motion for summary judgment put Waananen on notice that summary judgment would be granted in favor of the defendants if he failed to show that there was any "genuine issue of material fact in dispute" and that he bore the burden of proving that "the defendants have violated his rights under federal law."

Waananen also argues that the district court did not engage in a "complete" review of his case before granting the defendants' motion for summary judgment; however, he fails to specify how the district court failed to do so, particularly in light of the district court's careful and extended decision explaining, in detail, its reasons for granting summary judgment.

Having reviewed the district court's decision *de novo*, *see Tenenbaum v. Williams*, 193 F.3d 581, 593 (2d Cir. 1999), we concur fully with the district court that there were no material disputed issues of fact in the case and that the undisputed evidence shows that Waananen could not establish that the defendants had violated his constitutional rights. Accordingly, there are no grounds for reversing the district court's grant of summary judgment in the "interest of justice" as Waananen asks us to do.

For these reasons, the district court's judgment is AFFIRMED.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature]*
Oliva M. George, Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by *[signature]*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date:                  12/23/05
Docket Number:         04-6414-cv
Short Title:           Waananen v. Barry
DC Docket Number:      02-cv-2307
DC:                    DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:              Honorable Janet Arterton

*FILED FEB 2 2 2006 — United States Court of Appeals, Second Circuit, Roseann B. MacKechnie, Clerk*

STATEMENT OF COSTS
Date: FEB 2 2 2006
Taxed in the amount of $1188.00 Appellees, Timothy Barry, et al. FOR THE COURT: ROSEANN B. MacKECHNIE, Clerk
Arthur M. Heller, Motions Staff Attorney
in favor of

## ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for __Defendants-Appellees__ respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare and itemized statement of costs taxed against the __Plaintiff-Appellant__ and in favor of __Defendants-Appellees__ for insertion in the mandate.

Docketing Action

Costs of printing appendix (necessary copies __15__)    max $.20/page (Local Rule 39)  1055.00   ~~$1,347.50~~

Costs of printing brief (necessary copies __15__)    133.00

Costs of printing reply brief (necessary copies _____)    _____

(VERIFICATION HERE)

I, Joseph A. Jordano, am the Assistant
Attorney General who wrote the appellees' brief
in this case. I have personal knowledge that
Brescia's Printing Services, Inc. did do the work
of printing this brief and appendix and legitimately
charged a total of $1,480.50 to the State of Connecticut
for these services.

Signature

Subscribed and sworn to before me on this
29th day of December, 2005.

Leonard Auster
Notary Public

LEONARD AUSTER
NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 31, 2009

**CERTIFICATION**

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Itemized and Verified Bill of Costs in Docket No. 04-64-14-cv in the United States Court of Appeals for the Second Circuit was mailed this 29th day of December, 2005, first class mail postage prepaid, to all counsel and/or pro se parties.

Neal Waananen, pro se
14 Pinney Street, Unit 36
Ellington, CT  06029

Joseph A. Jordano
Assistant Attorney General



Brescia's Printing Services, Inc.
66 Conn Blvd.
E. Hartford, CT 06108
Phone: 860-528-4254
Toll Free: 800-842-0008
Fax: 860-289-7130
www.brescias.com

# Invoice

No. **8148**

Date 10/12/05

Customer P.O. No.

06-1188287   Brescia's Tax ID#

Joseph A. Jordano - Asst.Atty. General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 15 | NY 2nd 04-6414-cv  Waananen v. Timothy Barry, et al  BRIEF/SEP APPX. FILED 10.7.05  complete service copy/bind/file/mail  (Br.38pp. + Sep. Appx. 385pp. = 423 total pages @ $3.50) | 1,480.50 |
| 1 | Express Mail to NY 2nd | 63.55 |
| 1 | First Class Postage Opp. Cnsl. | 4.75 |

Taken by: Matt
Account Type: Charge

Please call us if you have any questions.

Thank you!

Wanted: Fri 10/7
NY 2nd 04-6414-cv
Waananen v. Timothy Barry,
et al BRIEF/SEP APPX.

| | |
|---|---|
| SUBTOTAL | 1,548.80 |
| TAX | |
| SHIPPING | |
| TOTAL | 1,548.80 |
| AMOUNT DUE | 1,548.80 |